SEPTEMBER 9, 1944

No. 6053.—

*American Express Co.* v. *United States.* Entered at New York, N. Y. Reap. Dec. 6037. Motion by plaintiff.